MINA HOAG, Appellant, *v.* HENRY LANDAU, Respondent.

(Argued May 21, 1931; decided June 9, 1931.)

*John J. Scully* for appellant.

*Werner H. Pigors* and *Nathan M. Medwin* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.

---

NEWS SYNDICATE COMPANY, INC., Respondent, *v.* GATTI PAPER STOCK CORPORATION, Appellant.

(Submitted June 1, 1931; decided June 9, 1931.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 211.)

---

SOL GREENFARB, Appellant, *v.* R. S. K. REALTY CORPORATION, Respondent.

(Submitted June 1, 1931; decided June 9, 1931.)

Motion for reargument or to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 256 N. Y. 130.)